Broadway Underground Railway Company, Respondents, v. Broadway Underground Connecting Company, Appellants. — Appeal dismissed, without costs. Opinion by Davis, P. J.

Frederick J. Richteis and another, Respondents, v. George M. D. Little and another. Appellants. — Order reversed, with ten dollars costs and disbursements and order of arrest dis charged. Opinion by Brady, J.

William C. Baur and another, Respondents, v. David Meyer, Appellant. — Order affirmed, without costs. Opinion by Davis, P. J.

Henry J. Anderson, Receiver, Appellant, v. Central National Bank, Respondent. — Judgment affirmed. Opinion by Brady, J.

Adolph Sternfield and others. Respondents, v. Mutual Life Insurance Company, Appellant. — Order reversed, without costs, motion granted.

The Attorney General v. Continental Life Insurance Company (claim of Simmons). — Order affirmed, without costs. Opinion by Brady, J.

Andrew S. Trundy and others, Appellants, v. Samuel Van Wyck and others, Respondents.— Order reversed, with ten dollars costs and disbursements and injunction continued. Opinion by Daniels, J.

Antonio Del Pino. Appellant, v. Ozias Hermance, Respondent. — Order reversed, with ten dollars costs and disbursements and motion denied. Opinion by Daniels, J.

George H. Putnam, Respondent, v. Gerald J. Griffin, Appellant. — Order reversed and motion granted unless the plaintiff within twenty days after notice of the order restore the undertaking, with the consent of the sureties thereto, or file a new one with satisfactory sureties to be approved by a justice of the court, and pay ten dollars costs of this appeal and disbursements. Opinion by Davis, P. J.

Sidney H. Yates, Respondent, v. Morris J. Koplik and another, Appellants. — Order affirmed, with ten dollars costs and disbursements, with leave to defendants to relieve themselves from imprisonment by producing the books within twenty days ; order to be settled by Brady, J. Opinion by Brady, J.

The People of the State of New York, Respondent, v. Carrie R. Morse, Appellant. — Judgment affirmed. Opinion by Brady, J.

George H. Lemist, Appellant, v. William Watson and others, Respondents.—Motion for new trial denied, and judgment ordered for the defendants on the exceptions.

Bernard Gutwillig. Respondent, v. Herman Zuberbier and another, Appellants. — Judgment reversed, new trial ordered, costs to appellants to abide event. Opinion by Brady, J.

Julius Heavenrich and others, Respondents, v. Aaron J. Bloomberg, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

James Rufus Smith, Respondent, v. Edmund Coffin, Jr., Appellant. — Judgment modified as directed in opinion, and as modified affirmed, without costs of appeal, or of the court below. Opinion by Brady, J. Order to be settled by Brady, J.

Agnes Booth, Respondent,v. Edwin F. Knowles, Appellant. — Judgment affirmed.

The People of the State of New York ex rel. Joel W. Hopper, Appellant, v. Stephen B. French and others, Respondents. — Order affirmed, with ten dollars costs and disbursements.

Alice J. Cunningham, Appellant, v. Green Wright, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion for leave to amend complaint granted, without costs.

John J. Mandeville, Appellant,v. Elias T. Eddy, Respondent.—Order reversed and motion to rehear granted on conditions set forth in opinion. Opinion by Brady, J. Order to be settled by Brady, J.

Frederick Robinson, Appellant, v. Peter Helferich, Respondent.—Order affirmed, with ten dollars costs and disbursements.

Anna B. Cavarly, Respondent, v. Judson Jarvis, Appellant.

Same v. Judson Jarvis and Sarah A. Jarvis Appellants.—Orders affirmed, with ten dollars costs and disbursements.

Archibald Watts, Appellant, v. John Paar and another, Respondents.—Judgment affirmed.

Wallace Shillito and another, Respondents, v. Emma B. Reineking, Appellant.—Judgment affirmed.

Catharine A. Field, Appellant, v. Martin Field, Respondent. —Judgment affirmed, without costs. Opinion by Brady, J.

Stephen Tunstall, Appellant, v. Walter W. Winton, Respondent.—Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Mary E. Schneider, Appellant, v. James H. Schneider, Respondent. — Order reversed, without costs and motion granted so far as to relieve appellants from payment of costs.

In the Matter of Percy W. Barton. — Order reversed and motion granted, without costs.

In the Matter of Percy W. Barton.—Order on motion to punish Mrs. Barton for contempt reversed, without costs.

Susan Barton, Plaintiff, v. Horace W. Barton, Defendant. — Order reversed, without costs.

Otto Stietz N. Y. Glass Letter Company, Respondent, v. Gustav G. Wolfram and others, Appellants.—Order modified as directed in opinion, and affirmed as modified, without costs. Opinion by Daniels, J. ; order to be settled by Daniels, J.

The People of the State of New York ex rel. Thomas Byrnes, v. Stephen B. French and others —Order affirmed, without costs. Opinion Per Curiam.

James E. Hyde, Appellant, v. Frederick J. Bird, Respondent.—Judgment affirmed.

In the Matter of James B. Brady. — Order affirmed, with ten dollars costs and disbursements.

Margaret Budd, Appellant, v. Stephen A. Walker, as Executor, Respondent. — Order reversed, without costs ; motion denied.

Andrew J. Crofut v. Morris Woolf and others.— Order affirmed, with ten dollars costs and disbursements.

Mary C. Morrell, Respondent, v. James A. Morrell, Appellant —Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York, Respondent, v. Thomas O'Loughlin, Appellant.—Judgment and conviction affirmed. Opinion Per Curiam.

William S. Darling, Respondent, v. Henry C. Brown, Appellant. — Order reversed and amendment allowed on payment of ten dollars costs of opposing motion, to be offset against ten dollars costs of this appeal.

In the Matter of Laying out Public Parks, etc. — Application denied, without costs. Opinions by Daniels, J., and Davis, P. J.

George W. Bassett, Respondent, v. William G. Dean, Appellant. — Motion for reargument denied, without costs.

Margaretha Pfeffele v. Second Avenue Railroad Company.—Motion for reargument denied, without costs.

Nathan Boehm, Respondent, v. Adler Distilling Company, Appellant.—Motion for reargument denied, without costs. Opinion Per Curiam.

The People of the State of New York v. North America Life Insurance Company (Matter of Van Sinderen).— Balance for services and disbursements allowed at $1,536.67.